# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Framaco-Epik-Metis JV ) ASBCA Nos. 60557, 60558, 60559
) 60560
)
Under Contract No. W912GB-07-C-0020 )

APPEARANCES FOR THE APPELLANT: Robert M. Moore, Esq.
Robert D. Windus, Esq.
Moore & Lee, LLP
McLean, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Brett R. Howard, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Europe

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 18 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60557, 60558, 60559, 60560, Appeals of Framaco-Epik-Metis JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals